No. 36          January 13, 2017          347

IN THE OREGON TAX COURT
REGULAR DIVISION

Theodore P. MOFFITT,
*Plaintiff,*

*v.*

DEPARTMENT OF REVENUE,
*Defendant.*

(TC 5284)

Plaintiff (taxpayer) filed a complaint in the Regular Division of the Tax Court, appealing a Magistrate Division decision. Defendant (the department) moved to dismiss taxpayer's complaint and award frivolous appeal damages on the grounds that taxpayer had failed to state ultimate facts sufficient to constitute a claim and that taxpayer's position that he had "nonresident alien status" was frivolous. Granting the department's motion, the court ruled that taxpayer had no objectively reasonable basis for his appeal and that damages should be awarded.

Submitted on Defendant's Motion to Dismiss.

Theodore P. Moffitt filed a complaint *pro se*.

Kristen Marie Ennis, Assistant Attorney General, Department of Justice, Salem, filed the motion for Defendant Department of Revenue (the department).

Decision rendered for Defendant on January 13, 2017.

**HENRY C. BREITHAUPT, Judge.**

This matter comes before the court on Defendant's Motion to Dismiss, filed on December 28, 2016. In its motion, Defendant also requested this court to award frivolous appeal damages on the ground that Plaintiff has no objectively reasonable basis for his appeal to this court. *See* ORS 305.437(1).[1] Plaintiff did not file a response. Neither party requested a hearing. After reviewing the motion and being fully advised of the premises, the court finds that such request should be granted. Now, therefore,

IT IS ORDERED that Defendant's Motion to Dismiss is granted; and

---

[1] The court's references to the Oregon Revised Statutes (ORS) are to the 2013 edition.

IT IS FURTHER ORDERED that pursuant to the provisions of ORS 305.437, Defendant shall be awarded a money judgment against Plaintiff for damages in the amount of $1,000 in lieu of any award made by the magistrate.